■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GURVUS NEMBHARD, Appellant. [43 NYS3d 740]—Judgment, Supreme Court, Bronx County (John Moore, J., at plea and sentence), rendered January 7, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.